EXHIBIT D

ZEICHNER ELLMAN & KRAUSE LLP
33 Wood Avenue South, Suite 110
Iselin, New Jersey 08830
(973) 618-9100
PHILIP S. ROSEN (ID # 022361992)
Attorneys for Defendants Bank of America, N.A. and Merrill Lynch, Pierce, Fenner
& Smith Incorporated, incorrectly pled as Merrill, Lynch,
a Bank of America Company

| REPUBLIC GROUP, LLC, MBE CAPITAL PARTNERS, LLC, RAFAEL MARTINEZ, CHELSEA MARTINEZ, REACHING NEW HEIGHTS, CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISON: CIVIL PART BERGEN COUNTY |
|---|---|
| Plaintiffs, | Docket No. BER-L-004125-21 |
| v. | |
| BANK OF AMERICA, N.A. AND MERRILL, LYNCH, A BANK OF AMERICA COMPANY, JOHN DOES 1-10 AND ABC CORP. 1-10 (BEING FICTITIOUS NAMES), | **ACKNOWLEDGMENT OF SERVICE** |
| Defendants. | |

PLEASE TAKE NOTICE THAT the undersigned attorneys hereby accept service of the Summons and Complaint on behalf of defendants, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (incorrectly pled as Merrill, Lynch, a Bank of America Company) (collectively, "Defendants") in the above-captioned action on this 7th day of July, 2021. This acknowledgment of service is without waiver of any of Defendants' rights, remedies, arguments, objections, or defenses, all of which are expressly reserved herein.

                ZEICHNER ELLMAN & KRAUSE LLP
                Attorneys for Defendants Bank of America, N.A. and Merrill
                Lynch, Pierce, Fenner & Smith Incorporated, incorrectly pled
                as Merrill, Lynch, a Bank of America Company

BY:   /s/ Philip S. Rosen
        PHILIP S. ROSEN